**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTRENET CAPITAL PARTNERS, LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>DANAHER CORPORATION,<br><br>      Defendant.<br>_____ / | No. C-05-03440 MJJ (EDL)<br><br>NOTICE OF CONTINUANCE<br><u>OF SETTLEMENT CONFERENCE</u> |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for November 1, 2006 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **November 15, 2006 at 2:00 p.m**.

On or before November 6, 2006, the parties shall deliver directly to the Magistrate Judge a Confidential Settlement Conference Statement which shall not be filed with the Clerk of the Court or served upon parties. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: October 13, 2006

                                                      */s/ Elizabeth D. Laporte*
                                                  ELIZABETH D. LAPORTE
                                                  United States Magistrate Judge