**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENTRENET CAPITAL PARTNERS, LLC

       Plaintiff(s),                         No. C 05-03440 MJJ (EDL)

    v.                                ORDER DENYING REQUEST
                                       TO EXCUSE ATTENDANCE
                                       AT SETTLEMENT CONFERENCE

DANAHER CORPORATION

       Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated November 1, 2006, Defendant Danaher Corporation requested to be excused from personally appearing at the settlement conference scheduled for . No opposition was filed by any party.

Upon consideration of the request, the Court denies the request to excuse personal attendance. Therefore, it is hereby ORDERED that Defendant Danaher Corporation appear at the settlement conference in person scheduled on November 15, 2006, at 2:00 p.m. Pacific Standard Time.

SO ORDERED.

Dated: November 9, 2006

*Elizabeth D. Laporte*
_____
ELIZABETH D. LAPORTE
United States Magistrate Judge