**United States District Court**
For the Northern District of California

1
2
3
4
5
6   UNITED STATES DISTRICT COURT
7   NORTHERN DISTRICT OF CALIFORNIA
8
9   ENTRENET CAPITAL PARTNERS, LLC
10          Plaintiff,                              No. C-05-03440 MJJ (EDL)
11          v.                                      NOTICE OF CONTINUANCE
                                                    <u>OF SETTLEMENT CONFERENCE</u>
12  DANAHER CORPORATION,
13          Defendant.
                                            /
14
    TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for November 15, 2006 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **November 16, 2006 at 9:00 a.m**.

It is further ORDERED that plaintiff's corporate counsel, James O'Reilly, be available by telephone from 9:00 a.m. Pacific Standard Time until further notice on November 16, 2006. If the Court concludes the absence of James O'Reilly is interfering with the Settlement Conference, the Court may continue the conference and order personal attendance by each party.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: November 14, 2006

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge